464 A.2d 519

Commonwealth v. Julius, Appellant.

Submitted June 2, 1983. Stanley P. Stern, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.